■ PETER M. ARMBRUSTER, Appellant, v BUFFALO CHINA, INC., an ONEIDA FOOD SERVICE COMPANY, Respondent and Third-Party Plaintiff. ENGELHAUPT CO., INC., Third-Party Defendant-Respondent. (Appeal No. 2.) [668 NYS2d 524] —Appeal unanimously dismissed without costs (*see, Smith v Catholic Med. Ctr.,* 155 AD2d 435; *see also,* CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Erie County, Mahoney, J.—Set Aside Verdict.) Present—Pine, J. P., Hayes, Wisner, Boehm and Fallon, JJ.